USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/2/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN CHAMPION,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

16 Civ. 4723 (AT) (RLE)

**ORDER**

ANALISA TORRES, District Judge:

       Having received no objection to the Honorable Judge Ellis' September 14, 2017 report and recommendation (the "R & R"), ECF No. 22, the Court reviewed the R & R and found "no clear error on the face of the record." *Santana v. United States*, 476 F. Supp. 2d 300, 302 (S.D.N.Y. 2007) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

       The Court therefore ADOPTS the thorough and well-reasoned R & R, which recommends that Champion's motion for judgment on the pleadings be granted, the Commissioner's cross-motion be denied, and the case be remanded to the Commissioner for further development of the record.  Accordingly, this case is REMANDED to the Social Security Administration for further proceedings.  The Clerk of Court is directed to terminate the motions at ECF Nos. 16 and 18 and to close the case.

       SO ORDERED.

Dated: October 2, 2017
       New York, New York

_____
ANALISA TORRES
United States District Judge